USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/09/2018

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA GAREY, an individual, | Case No. 1:18-CV-02133 |
| Plaintiff, | Honorable Judge Henry B. Pitman |
| v. | |
| LORO PIANA & C., INC. | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Angela Garey, through counsel, hereby gives notice of voluntary dismissal *without prejudice* as to all claims against Defendant Loro Piana & C., Inc.

Respectfully Submitted,

_____
Javier L. Merino, Esq.
DANNLAW
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
jmerino@dannlaw.com
DisabilityNotices@dannlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018, a copy of the foregoing document was filed electronically and served electronically via the courts ECF system to all parties.

/s/ Javier L. Merino, Esq.
Javier L. Merino, Esq.

The Clerk of Court is directed to close this case. All motions are denied as moot. All conferences are cancelled.

SO ORDERED.

April 9, 2018